TIMES FILM CORP. *v.* CITY OF CHICAGO ET AL.

No. 372. Decided November 12, 1957.

*Felix J. Bilgrey* for petitioner.

*John C. Melaniphy* and *Sydney R. Drebin* for respondents.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment of the United States Court of Appeals for the Seventh Circuit is reversed. *Alberts* v. *California,* 354 U. S. 476.

MR. JUSTICE BURTON and MR. JUSTICE CLARK are of the opinion that the petition for certiorari should not have been granted.